KELLIE M. MURPHY, ESQ.(SBN 189500)
KRISTEN M. CAPRINO, ESQ. (SBN 306815)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Harvard Square
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
kellie@jsl-law.com / kristen@jsl-law.com

Attorneys for DEFENDANTS:
LOS RIOS COMMUNITY COLLEGE DISTRICT AND LOS RIOS COMMUNITY COLLEGE DISTRICT POLICE DEPARTMENT (erroneously sued as LOS RIOS POLICE DEPARTMENT)

**UNITED STATE DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESTINY McLAURIN,<br><br>Plaintiff,<br><br>v.<br><br>LOS RIOS COMMUNITY COLLEGE DISTRICT; LOS RIOS POLICE DEPARTMENT; NOAH WINCHESTER; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:20-CV-02024-KJM-CKD<br><br>**ORDER GRANTING LOS RIOS COMMUNITY COLLEGE DISTRICT AND LOS RIOS COMMUNITY COLLEGE DISTRICT POLICE DEPARTMENT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT WITHOUT LEAVE TO AMEND; JUDGMENT OF DISMISSAL**<br><br>Complaint Filed: October 9, 2020<br>Trial Date: None Set |

Plaintiff Destiny McLaurin brought the present action against Defendants Los Rios Community College District and Los Rios Community College District Police Department (erroneously sued as "Los Rios Police Department") (together, the "District Defendants") and Noah Winchester on October 9, 2020. Plaintiff filed a First Amended Complaint on December 23, 2020.

The District Defendants' Motion to Dismiss Plaintiff's First Amended Complaint came on for hearing before this court on April 16, 2021. Plaintiff was represented by Dale K. Galipo

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

of The Law Offices of Dale K. Galipo and the District Defendants were represented by Kellie M. Murphy of Johnson Schachter & Lewis, a P.L.C.

After considering the moving and opposing papers, arguments of counsel, and all other matters presented to the court, the court granted the motion to dismiss without leave to amend by bench order but permitted the District Defendants to propose a written order, which they have now done.

The court therefore orders as follows:

1. The claims against the Los Rios Community College District Police Department are dismissed as duplicative of the claims against the Los Rios Community College District because the Los Rios Community College District Police Department is part of the Los Rios Community College District;

2. Los Rios Community College District's Motion to Dismiss Plaintiff's First Amended Complaint is granted without leave to amend, but without prejudice, on the grounds that the California community college districts are immune from 42 U.S.C. § 1983 suits under the Eleventh Amendment (*see, e.g., Cerrato v. San Francisco Community College Dist.*, 26 F.3d 968, 972 (9th Cir. 1994); *see also, e.g., Mitchell v. Los Angeles Community College Dist.*, 861 F.2d 198, 201 (9th Cir. 1988)); and

3. Judgment is entered in favor of the District Defendants and against Plaintiff Destiny McLaurin.

IT IS SO ORDERED.

DATED: June 23, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE