1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

9
10
11
12
13
14
15

| | |
|---|---|
| DESTINY MCLAURIN, individually,<br><br>                              Plaintiff,<br><br>vs.<br><br>NOAH WINCHESTER,<br><br>                              Defendant. | Case No.: 2:20-cv-02024-KJM-CKD<br><br>*[Hon. Kimberly J. Mueller]*<br><br>**ORDER TO CONTINUE THE FACT DISCOVERY COMPLETION FROM DECEMBER 17, 2021 TO JANUARY 31, 2022** |

16
17
18

      The Court has read and considered the Parties Stipulation re: Continuing the Fact Discovery Completion Date, and finds there exists good cause and orders as follows:

19
20
21

      1.      The Fact Discovery Cutoff date set for December 17, 2021, shall be continued to January 31, 2022

22

**IT IS SO ORDERED.**

23

DATED:  November 24, 2021.

24
25
26
27

_____
CHIEF UNITED STATES DISTRICT JUDGE

28

ORDER TO CONTINUE THE FACT DISCOVERY COMPLETION FROM DECEMBER 17, 2021 TO JANUARY 31, 2022